# ADDENDUM

Dated: September 23, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jonathan Y. Ellis*
　　　　　　　　　　　　　　　　　　N.C. Bar No. 41220

Nicholas J. Giles　　　　　　　　　　Jonathan Y. Ellis
MCGUIREWOODS LLP　　　　　　　　　　MCGUIREWOODS LLP
Gateway Plaza　　　　　　　　　　　　501 Fayetteville St.
800 East Canal Street　　　　　　　　Suite 500
Richmond, VA 23219　　　　　　　　　Raleigh, NC 27601
　　　　　　　　　　　　　　　　　　(919) 755-6688
　　　　　　　　　　　　　　　　　　jellis@mcguirewoods.com
Francis J. Aul
MCGUIREWOODS LLP
888 16th Street, N.W.
Suite 500
Washington, D.C. 20006

*Counsel for Defendants-Appellants*


*/s/ Allyson B. Baker*　　　　　　　*/s/ Joshua Kipnees*

Allyson B. Baker　　　　　　　　　　Joshua Kipnees
Meredith L. Boylan　　　　　　　　　George A. LoBiondo
Sameer P. Sheikh　　　　　　　　　　PATTERSON BELKNAP WEBB &
PAUL HASTINGS LLP　　　　　　　　　　　TYLER
2050 M Street, NW　　　　　　　　　1133 Avenue of the Americas
Washington, DC 20036　　　　　　　　New York, NY 10036
(202) 551-1700　　　　　　　　　　　(212) 336-2838
AllysonBaker@paulhastings.com　　　jkipnees@pbwt.com

*Counsel for Intervenor-Appellant*　*Counsel for*
*Transworld Systems, Inc.*　　　　　*Intervenor-Appellant*
　　　　　　　　　　　　　　　　　　*Ambac Assurance Corporation*