**22-1864**

### In the United States Court Of Appeals for the Third Circuit

CONSUMER FINANCIAL PROTECTION BUREAU,
*Plaintiff-Appellee*,
- v. -
NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, ET AL,
*Defendants-Appellants*.

APPEAL PURSUANT TO 28 U.S.C. § 1292(b) FROM AN ORDER
OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE, ENTERED ON DECEMBER 13, 2021
CIVIL ACTION NO. 1:17-CV-01323-SB

## ADDENDUM TO BRIEF OF THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION AND THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, AS *AMICI CURIAE* IN SUPPORT OF APPELLANTS AND REVERSAL

KEVIN CARROLL
SECURITIES INDUSTRY AND FINANCIAL
　MARKETS ASSOCIATION
1099 New York Avenue N.W.
Washington, D.C. 20005
(202) 962-7300
kcarroll@sifma.org

JANET GALERIA
TYLER S. BADGLEY
U.S. CHAMBER LITIGATION CENTER
1615 H Street N.W.
Washington, D.C. 20062
(202) 463-5337
jgaleria@uschamber.com

STEPHEN NICKELSBURG
　*Counsel of Record*
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
(202) 912-5000
steve.nickelsburg@cliffordchance.com

ROBERT HOUCK
BENJAMIN PEACOCK
MINJI REEM
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000

*Counsel for Amici Curiae*

## CERTIFICATE OF IDENTITY

I certify that the text of the electronic brief filed by ECF and the text of the hard copies filed with the Court are identical.

October 3, 2022

s/ Stephen Nickelsburg

## CERTIFICATE OF SERVICE

I, Stephen Nickelsburg, hereby certify that on October 3, 2022, I electronically filed the foregoing Addendum to the Amicus Brief with the Clerk of Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

s/ Stephen Nickelsburg