# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *Appellee*, v. NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, *Appellants*. | Case No. 22-1864 (1:17-cv-01323-SB) |

## APPELLANTS' JOINT STATEMENT REGARDING ORAL ARGUMENT

Pursuant to Third Circuit Local Rule 34.1(b), Appellants respectfully submit that the Court should hear oral argument in this case.

This appeal presents two significant issues of first impression in this Circuit with a substantial amount at stake. First, neither this Court nor any other court of appeals has ever had occasion to interpret the scope of the "covered person" provision of the Consumer Financial Protection Act (CFPA), much less whether it extends to passive securitization vehicles like the Defendants-Appellants Trusts. The answer to that question turns on the proper understanding of the CFPA's intricate statutory scheme against a complex factual background, and implicates important considerations for the securitization industry, among others, as the numerous amici briefs demonstrate.

1

Second, this Court has also not yet weighed in on the alternative question of when, following the Supreme Court's decisions in *Seila Law LLC v. CFPB*, 140 S. Ct. 2183 (2020), and *Collins v. Yellen*, 141 S. Ct. 1761 (2021), a defendant in an administrative enforcement action may obtain relief from an enforcement action initiated by an executive officer who was unconstitutionally insulated from removal. This question implicates important issues surrounding the constitutional separation of powers and the ability and incentive for private parties to vindicate those constitutional principles through meaningful judicial review.

Appellants respectfully submit that oral argument will assist the Court in fully and fairly resolving these important questions. In his order certifying this interlocutory appeal, Judge Bibas, sitting by designation, noted the lack of authority on these questions and observed that the correct answer to both questions is subject to reasonable disagreement. It is substantially likely that this Court will issue the first precedential circuit court decision on one or both of the two questions. Moreover, this case comes to the Court after more than three years of litigation in the district court and millions of dollars in potential remedies at stake. Accordingly, Appellants believe that oral argument is appropriate in this matter and request 20 minutes of argument per side.

Dated: November 14, 2022

Nicholas J. Giles
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4760
F: (804) 698-2040
ngiles@mcguirewoods.com

Francis J. Aul
MCGUIREWOODS LLP
888 16th Street, N.W.
Suite 500
Washington, D.C. 20006
T: (202) 857-1713
F: (202) 828-2963
faul@mcguirewoods.com

Respectfully submitted,

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis
MCGUIREWOODS LLP
501 Fayetteville Street
Suite 500
Raleigh, NC 27601
T: (919) 755-6688
F: (919) 755-6588
jellis@mcguirewoods.com

Michael A. Weidinger
Megan Ix Brison
PINCKNEY, WEIDINGER,
URBAN & JOYCE, LLC
2 Mill Road, Suite 204
Wilmington, DE 19806
T: (302) 504-1528
F: (302) 442-7046
mweidinger@pwujlaw.com
mixbrison@pwujlaw.com

*Counsel for Defendants-Appellants The National Collegiate Master Student Loan Trust, The National Collegiate Student Loan Trust 2003-1, The National Collegiate Student Loan Trust 2004-1, The National Collegiate Student Loan Trust 2004-2, The National Collegiate Student Loan Trust 2005-1, The National Collegiate Student Loan Trust 2005-2, The National Collegiate Student Loan Trust 2005-3 The National Collegiate Student Loan Trust 2006-1, The National Collegiate Student Loan Trust 2006-2, The National Collegiate Student Loan Trust 2006-3, The National Collegiate Student Loan Trust 2006-4, The National Collegiate Student Loan Trust 2007-1, The National Collegiate Student Loan Trust 2007-2, The National Collegiate Student Loan Trust 2007-3, and The National Collegiate Student Loan Trust 2007-4*

*/s/ Joshua Kipnees*
Joshua Kipnees
George A. LoBiondo
PATTERSON BELKNAP WEBB & TYLER
1133 Avenue of the Americas
New York, NY 10036
T: (212) 336-2838
F: (212) 336-2222
globiondo@pbwt.com
jkipnees@pbwt.com

*Counsel for Intervenor-Appellant*
*Ambac Assurance Corporation*

*/s/ Allyson B. Baker*
Allyson B. Baker
Meredith L. Boylan
Sameer P. Sheikh
PAUL HASTINGS LLP
2050 M. Street, N.W.
Washington, D.C. 20036
T: (202) 551-1700
F: (202) 551 1705
allysonbaker@paulhastings.com
meredithboylan@paulhastings.com
sameersheikh@paulhastings.com

*Counsel for Intervenor-Appellant*
*Transworld Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 14, 2022, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis
