# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> *Appellee,* <br><br> v. <br><br> NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, <br><br> *Appellants.* | Case No. 22-1864 <br> (1:17-cv-01323-SB) |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Third Circuit L.A.R. 31.4, Defendants-Appellants National Collegiate Master Student Loan Trust and the related trusts and Intervenors-Appellants Ambac Assurance Corporation and Transworld Systems, Inc., through counsel, respectfully request an extension of 30 days to file their joint reply brief, from November 28, 2022, to December 28, 2022. Counsel for Appellants have conferred with counsel for Appellee, the Consumer Financial Protection Bureau, who does not object to this request.

This appeal presents important questions concerning the scope of the Bureau's statutory authority and the implications of a recognized constitutional infirmity in

the Bureau's structure. As the district court (Bibas, J., sitting by designation) recognized, those questions are novel and subject to reasonable disagreement among jurists in this Circuit and across the country. *See* Order Certifying Questions For Interlocutory Appeal, Dkt. No. 397 (Feb. 11, 2022). Particularly on the constitutional question presented, the district court further recognized that the law is quickly evolving and "the stakes are high." *Id.* at 2; *see id.* at 7.

This Court issued the briefing and scheduling order for this appeal on June 15, 2022. Appellants sought an extension to file their opening brief, which this Court granted and instructed Appellants to file a single, consolidated brief. Appellants filed their joint opening brief on September 23, 2022. On October 3, 2022, Appellee requested a 14-day telephonic extension for its response brief. The Court verbally granted this request, and Appellee filed and served its response brief on November 7, 2022, establishing the current deadline of November 28, 2022, for Appellants' reply brief.

This is Appellants' first request for an extension for the reply brief. Appellants do not anticipate any further requests for extension.

Good cause exists for the extension, and this motion is not made for any improper purpose or delay. The request for an extension is necessary to accommodate scheduling conflicts and professional commitments of counsel for Appellants in other matters and in light of upcoming holidays. Among other

commitments, counsel for Defendants-Appellants is scheduled to present oral argument to the New York Supreme Court Appellate Division, First Judicial Department, on December 6 and to the U.S. Court of Appeals for the Fourth Circuit on December 9; is counsel of record in an oral argument before the Supreme Court of Virginia on December 13; and has briefs due to the Supreme Court of South Carolina on December 7, to the Fourth Circuit on December 9, and to the Supreme Court of the United States on December 14 and December 21.  Counsel for Intervenors-Appellants has briefs due to the U.S. District Court for the Northern District of California on December 6 and to an arbitral tribunal on December 22, and is scheduled to appear at a number of upcoming non-public hearings before federal agencies.

The additional time is also necessary to facilitate the several Defendants-Appellants' and Intervenors-Appellants' efforts to again coordinate their respective positions into one joint reply brief, as ordered by the Court, to assist the Court in its resolution of this appeal.

For the foregoing reasons, Appellants respectfully request that the deadline to file their joint reply brief be extended by 30 days from November 28, 2022, to December 28, 2022.

Dated: November 16, 2022

Nicholas J. Giles
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4760
F: (804) 698-2040
ngiles@mcguirewoods.com

Francis J. Aul
MCGUIREWOODS LLP
888 16th Street, N.W.
Suite 500
Washington, D.C. 20006
T: (202) 857-1713
F: (202) 828-2963
faul@mcguirewoods.com

Respectfully submitted,

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis
MCGUIREWOODS LLP
501 Fayetteville Street
Suite 500
Raleigh, NC 27601
T: (919) 755-6688
F: (919) 755-6588
jellis@mcguirewoods.com

Michael A. Weidinger
Megan Ix Brison
PINCKNEY, WEIDINGER,
URBAN & JOYCE, LLC
2 Mill Road, Suite 204
Wilmington, DE 19806
T: (302) 504-1528
F: (302) 442-7046
mweidinger@pwujlaw.com
mixbrison@pwujlaw.com

*Counsel for Defendants-Appellants The National Collegiate Master Student Loan Trust, The National Collegiate Student Loan Trust 2003-1, The National Collegiate Student Loan Trust 2004-1, The National Collegiate Student Loan Trust 2004-2, The National Collegiate Student Loan Trust 2005-1, The National Collegiate Student Loan Trust 2005-2, The National Collegiate Student Loan Trust 2005-3 The National Collegiate Student Loan Trust 2006-1, The National Collegiate Student Loan Trust 2006-2, The National Collegiate Student Loan Trust 2006-3, The National Collegiate Student Loan Trust 2006-4, The National Collegiate Student Loan Trust 2007-1, The National Collegiate Student Loan Trust 2007-2, The National Collegiate Student Loan Trust 2007-3, and The National Collegiate Student Loan Trust 2007-4*

/s/ *Joshua Kipnees*
Joshua Kipnees
George A. LoBiondo
PATTERSON BELKNAP WEBB & TYLER
1133 Avenue of the Americas
New York, NY 10036
T: (212) 336-2838
F: (212) 336-2222
globiondo@pbwt.com
jkipnees@pbwt.com

*Counsel for Intervenor-Appellant*
*Ambac Assurance Corporation*

/s/ *Allyson B. Baker*
Allyson B. Baker
Meredith L. Boylan
Sameer P. Sheikh
PAUL HASTINGS LLP
2050 M. Street, N.W.
Washington, D.C. 20036
T: (202) 551-1700
F: (202) 551 1705
allysonbaker@paulhastings.com
meredithboylan@paulhastings.com
sameersheikh@paulhastings.com

*Counsel for Intervenor-Appellant*
*Transworld Systems, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 537 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

/s/ *Jonathan Y. Ellis*
Jonathan Y. Ellis

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF System, which will also serve counsel of record.

/s/ *Jonathan Y. Ellis*
Jonathan Y. Ellis