# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1864

Consumer Financial Protection Bureau vs. National Collegiate Master Student Loan Trust, et al.

Calendar Date: March 24, 2023   Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Jonathan Y. Ellis

Designation of Arguing Counsel: Jonathan Y. Ellis

Member of the Bar: ☑ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☑ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

National Collegiate Master Student Loan Trust

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis