OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 13, 2023

Francis J. Aul, Esq.
Allyson B. Baker, Esq.
Meredith L. Boylan, Esq.
Megan Ix Brison, Esq.
Rebecca L. Butcher, Esq.
Jennifer L. Cree, Esq.
Jonathan Y. Ellis, Esq.
Kevin E. Fried, Esq.
Nicholas J. Giles, Esq.
Ellen V. Holloman, Esq.
Sarah A. Hunger, Esq.
Joshua A. Kipnees, Esq.
George A. LoBiondo, Esq.
R. Trent McCotter, Esq.
Stephen M. Nickelsburg, Esq.
Rachel Rodman, Esq.
Benjamin J. Roesch, Esq.
Sameer P. Sheikh, Esq.
Michael A. Weidinger, Esq.

RE: Consumer Financial Protection Bureau v. National Collegiate Master Student Loan Trust, et al
Case Number: 22-1864
District Court Case Number: 1-17-cv-01323

Dear Counsel:

The above-entitled case has been removed from the Court's calendar for Wednesday, March 22, 2023, and will be rescheduled **at the convenience to the Court.**

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Tricia Harris*

Tricia Harris
Calendar Clerk
267-299-4905