<u>10:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, MAY 17, 2023</u>

<u>Coram</u>: RESTREPO, ROTH and MCKEE, Circuit Judges

<u>No. 22-1864</u>

CONSUMER FINANCIAL PROTECTION BUREAU
v.
NATIONAL COLLEGIATE MASTER
STUDENT LOAN TRUST; et al.,
Appellants

| <u>Counsel for Appellants</u> | <u>Counsel for Appellee</u> |
|---|---|
| JONATHAN Y. ELLIS | KEVIN E. FRIEDL |
| (15 minutes per Court) | (15 minutes per Court) |