OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 19, 2024

Francis J. Aul
McGuireWoods
888 16th Street NW
Black Lives Matter Plaza, Suite 500
Washington, DC 20006

Allyson B. Baker
Paul Hastings
2050 M Street NW
Washington, DC 20036

Meredith L. Boylan
Paul Hastings
2050 M Street NW
Washington, DC 20036

Megan Ix Brison
Pinckney Weidinger Urban & Joyce
2 Mill Road
Suite 204
Wilmington, DE 19806

Rebecca L. Butcher
Landis Rath & Cobb
919 Market Street
Suite 1800, P.O. Box 2087
Wilmington, DE 19801

Jennifer L. Cree
Landis Rath & Cobb
919 Market Street
Suite 1800, P.O. Box 2087
Wilmington, DE 19801

Jonathan Y. Ellis
McGuireWoods

501 Fayetteville Street
Suite 500
Raleigh, NC 27601

Kevin E. Friedl
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

Nicholas J. Giles
McGuireWoods
800 E Canal Street
Gateway Plaza
Richmond, VA 23219

Ellen V. Holloman
Cadwalader Wickersham & Taft
200 Liberty Street
One World Financial Center
New York, NY 10281

Sarah A. Hunger
Office of Attorney General of Illinois
Solicitor General's Office
115 S LaSalle Street
23rd Floor
Chicago, IL 60603

Joshua A. Kipnees
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

George A. LoBiondo
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

R. Trent McCotter
George Mason University
3301 Fairfax Drive
Arlington, VA 20001

Stephen M. Nickelsburg
Clifford Chance US
2001 K Street NW
Washington, DC 20006

Rachel Rodman
White & Case
701 13th Street NW
Washington, DC 20005

Benjamin J. Roesch
Jensen Morse Baker
520 Pike Street
Suite 2375
Seattle, WA 98101

Sameer P. Sheikh
Paul Hastings
2050 M Street NW
Washington, DC 20036

Michael A. Weidinger
Pinckney Weidinger Urban & Joyce
2 Mill Road
Suite 204
Wilmington, DE 19806

RE: Consumer Financial Protection Bureau v. National Collegiate Master Student Loan Trust, et al
Case Number: 22-1864
District Court Case Number: 1-17-cv-01323

ENTRY OF JUDGMENT

Today, **March 19, 2024** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

<u>Form Limits</u>:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

<u>Attachments</u>:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911